IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

J.W., A MINOR, BY AND THROUGH AMANDA
WILLIAMS, GUARDIAN AND NEXT FRIEND, ET. AL.                    PLAINTIFFS

VS.                              CIVIL ACTION NUMBER 3:23-cv-00246-CWR-LGI

THE CITY OF JACKSON, MISSISSIPPI; CHOWKE A.
LUMUMBA, JR.; TONY YARBER; KISHIA POWELL;
ROBERT MILLER; JERRIOT SMASH; THE MISSISSIPPI
STATE DEPARTMENT OF HEALTH; JIM CRAIG; TRILOGY
ENGINEERING SERVICES, LLC; AND JOHN DOES 1-40                  DEFENDANTS

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Gerald L. Kucia hereby enters his appearance as counsel of record for Defendants Mississippi State Department of Health ("MSDH") and Jim Craig ("Craig").[1]

Respectfully submitted, this the 23rd day of May 2023.

                                        MISSISSPPI STATE DEPARTMENT OF
                                        HEALTH AND JIM CRAIG

                            BY:  */s/Gerald L. Kucia*
                                        Gerald L. Kucia (MB No. 8716)

OF COUNSEL:

Meade W. Mitchell, MB # 9649
Orlando R. (Rod) Richmond, MB # 9885
Edderek (Beau) Cole, MB # 100444
Margaret Z. Smith, MB # 104178
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: 601-985-4560

---

[1] MSDH and Craig specifically reserve and do not waive any and all defenses.

FAX: 601-985-4500
Meade.Mitchell@butlersnow.com
Orlando.Richmond@butlersnow.com
Beau.Cole@butlersnow.com
Margaret.Smith@butlersnow.com

Charles F. Morrow (MB NO. 10240)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
PO Box 171443
Memphis, TN 38187-1443
Tel: (901) 680-7200
Fax: (901) 680-7201
Chip.Morrow@butlersnow.com

Gerald L. Kucia, MB #8716
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4072
Fax: (601) 359-2003
Gerald.Kucia@ago.ms.gov

ATTORNERYS FOR DEFENDANTS MISSISSIPPI STATE
DEPARTMENT OF HEALTH and JIM CRAIG

## CERTIFICATE OF SERVICE

I, Gerald L. Kucia, one of the attorneys for Defendants Mississippi State Department of Health and Jim Craig, do hereby certify that I have this day served a true and correct copy of the above and foregoing document by filing it using the ECF system which sent notice of such filing to all counsel of record.

SO CERTIFIED, this the 23rd day of May 2023.

/s/ Gerald L. Kucia
GERALD L. KUCIA

69390165.v1