AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi ▼

| | |
|---|---|
| J.W., a minor by and through Amanda Williams, Guardian and Next Friend, et al.,<br><br>*Plaintiff(s)*<br>v.<br>The City of Jackson, Mississippi, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:23-cv-246-CWR-LGI<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mayor Chokwe Lumumba
1 Eastmont Place
Jackon, MS 39211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHHABRA & GIBBS, P.A.
120 N CONGRESS STREET, SUITE 200
JACKSON, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: MAY 0 4 2023

*P. Green*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00246-CWR-LGI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MAYOR CHOKWE LUMUMBA was received by me on *(date)* 6/5/23.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, at the address of _____ on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nikki Rosario, Deputy City Clerk, who is designated by law to accept service of process on behalf of *(name of organization)* MAYOR CHOKWE LUMUMBA at the address of 219 S PRESIDENT ST, JACKSON, MS 39201 on *(date)* Mon, Jun 05 2023 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: Jun 6, 2023

*Server's signature*

Rodney Keith

*Printed name and title*

LEXITAS 1235 BROADWAY 2ND FLOOR NEW YORK, NY 10001 Reference No: 7-LPK-9349887

*Server's address*